Edward M. Hart, Appellee, v. Finley W. Brown, Appellant.

Gen. No. 43,524.

opinion filed February 18, 1946; rehearing denied March 8, 1946; released for publication March 8, 1946. Jesse H. Brown, for appellant; T. A. Sheehan, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.